**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

FILED
DEC 0 5 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | Criminal No. 7:13-CR-328-01   RAJ |
| MANUEL DOMINGUEZ, JR. | § § | |

### ORDER REVOKING SUPERVISED RELEASE and RESENTENCING OF DEFENDANT

On this the 4th day of December, 2014, came on to be heard the Government's Motion for Revocation of Supervised Release granted by virtue of Judgment entered on January 30, 2014, in the above numbered and styled cause.

Defendant appeared in person and was represented by attorney of record, Stephanie Erin Brunson. The United States was represented by Assistant United States Attorney, John Klassen.

After reviewing the motion and the records in this case as well as hearing testimony and arguments of counsel, the Court is of the opinion that said Defendant has violated the provisions of his supervised release and that the ends of justice and the best interests of the public and of the Defendant will not be subserved by continuing said Defendant upon supervised release. Further, the Court is of the opinion that the Motion for Revocation of Supervised Release should be, and it is hereby **GRANTED.**

**IT IS THEREFORE ORDERED** that the term of supervised release of Defendant named above granted by Judgment entered on January 30, 2014, be, and it is hereby **REVOKED and SET ASIDE** and the Defendant is resentenced as follows:

> **The Defendant, MANUEL DOMINGUEZ, JR., is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Eighteen (18) months. The Court recommends that the defendant be incarcerated at F. C. I. Seagoville or Beaumont Medium, and that he participate in a job training program, a drug abuse treatment program, and an education program, while incarcerated.**
>
> **No further Supervised Release shall be imposed.**

The Clerk will provide the United States Marshal Service with a copy of this Order and the Judgment entered on January 30, 2014 to serve as the commitment of the Defendant.

SIGNED this ____ day of December, 2014.

_____
Robert Junell
United States District Judge